**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00237-CV

### IN RE EDWARD W. MANDEL AND IGOR SHABANETS, Relators

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00519-2013**

## ORDER

Based on the Court's opinion of this date, relators' petition for writ of mandamus is

**DISMISSED**.  We **ORDER** that the parties bear their own costs.

/s/     DAVID L. BRIDGES
JUSTICE